**FILED**
**11/13/2023**
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AO 91 (REV.5/85) Criminal Complaint

AUSA Minje Shin (312) 649-6024

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUIS PUCHETA-BUSTAMANTE | **CRIMINAL COMPLAINT**<br><br>CASE NUMBER: 23CR596 |

    I, the undersigned complainant, being duly sworn on oath, state that the following is true and correct to the best of my knowledge and belief. On or about November 9, 2023, at Cook County, Illinois, in the Northern District of Illinois, Eastern Division, LUIS PUCHETA-BUSTAMANTE, defendant herein,

    being an alien who previously had been deported and removed from the United States on or about November 16, 2012, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States;

in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

    I further state that I am a Deportation Officer with Immigration and Customs Enforcement and that this complaint is based on the facts contained in the Affidavit which is attached hereto and incorporated herein.

_____
BRIAN BUKSTEIN
Deportation Officer, U.S. Immigration and Customs Enforcement

Pursuant to Fed. R. Crim. P. 4.1, this complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the foregoing affidavit by telephone.

Date: November 13, 2023

_____
Judge's signature

City and state: Chicago, Illinois

SHEILA M. FINNEGAN, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT     )
                                 )     ss
NORTHERN DISTRICT OF ILLINOIS    )

## AFFIDAVIT

I, BRIAN BUKSTEIN, being duly sworn, state as follows:

1.     I am a Deportation Officer with United States of Immigration and Customs Enforcement, and have been so employed for 18 years. I am a member of an investigative unit within ICE that specializes in the apprehension of criminal aliens. I work in conjunction with other law enforcement agencies in reviewing cases involving aliens who are charged with or convicted of criminal offenses. I have received training concerning immigration-related laws, policies, and procedures, including those related to the reentry of previously deported aliens.

2.     This affidavit is submitted in support of a criminal complaint alleging that LUIS PUCHETA-BUSTAMANTE ("PUCHETA") has violated 8 U.S.C. § 1326(a), Reentry of Removed Alien, by being present and found in the United States after having been deported, and is subject to the enhanced penalty provision set forth in 8 U.S.C. § 1326(b)(2) because PUCHETA previously was deported following conviction for an aggravated felony. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging PUCHETA with illegal reentry, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are

necessary to establish probable cause to believe that PUCHETA committed the offense stated in the complaint.

3. This affidavit is based on my personal knowledge; information provided to me by other law enforcement agents and officers and by other persons identified in this affidavit; and my review of records maintained by ICE, other components of the Department of Homeland Security, and other government agencies.

4. According to DHS records, PUCHETA is a native and citizen of Mexico and has no claim to United States citizenship or lawful residence. DHS records reflect that PUCHETA was born in Mexico in 1991 and originally entered the United States prior to November 2012.

5. Records maintained by the Cook County Circuit Court reflect that on or about August 2, 2010, PUCHETA was convicted of Attempted Predatory Criminal Sexual Assault, an aggravated felony, and sentenced to six years incarceration.

6. DHS records reflect that on or about November 16, 2012, defendant was deported from the United States to Mexico at Brownsville, Texas.

7. Additionally, DHS records reflect that defendant has not applied for or received permission to reenter the United States.

8. On or about November 9, 2023, Immigration and Customs Enforcement (ICE) officers took administrative custody of PUCHETA outside of the Mount Prospect Police Department in Mount Prospect, Illinois.

9. A fingerprint comparison conducted by the Federal Bureau of Investigation Criminal Justice Information Services Division on or about November

9, 2023 has established that defendant PUCHETA is the same person who was deported from the United States to Mexico on or about November 16, 2012.

10. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about November 9, 2023, at Cook County, Illinois, in the Northern District of Illinois, Eastern Division, PUCHETA, being an alien who previously had been deported and removed from the United States on or about November 16, 2012, was found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and Title 6, United States Code, Section 202(4).

FURTHER AFFIANT SAYETH NOT.

BRIAN BUKSTEIN
Deportation Officer, Bureau of
Immigration and Customs Enforcement

SUBSCRIBED AND SWORN to before me on November 13, 2023.

SHEILA M. FINNEGAN
United States Magistrate Judge